Carrie Martin, Appellee, v. Farr Brothers Company, Appellant.

Gen. No. 23,745.    (Not to be reported in full.)

Appeal from the Circuit Court of Cook county; the Hon. DAVID F. MATCHETT, Judge, presiding. Heard in this court at the October term, 1917. Affirmed. Opinion filed May 13, 1918. Rehearing denied May 27, 1918. *Certiorari* denied by Supreme Court (making opinion final).

## Statement of the Case.

Action by Carrie Martin, plaintiff, against Farr Brothers Company, defendant, to recover damages for personal injuries. From a judgment for plaintiff for $1,500, defendant appeals.

MacCHESNEY, BECKER, ANGERSTEIN & ROLLO, for appellant; NATHAN W. MacCHESNEY, THOMAS C. ANGERSTEIN, ROBERT P. ROLLO and GEORGE W. ANGERSTEIN, of counsel.

THOMAS E. D. BRADLEY, for appellee; SAMUEL A. HARPER and CLAYTON W. MOGG, of counsel.

MR. JUSTICE DEVER delivered the opinion of the court.

## Abstract of the Decision.

MASTER AND SERVANT, § 860*—*when contractor liable for injury to person stepping into excavation for curbing for alley.* The contractor, and not the curbing subcontractor, is liable for injuries to a pedestrian due to stepping into an unguarded and unlighted excavation for a curbing at its intersection with an alley, where the contract of the contractor with the city for curbing and paving streets, including alleys, provides that the contractor shall erect and maintain suitable barriers, and, during the nighttime, necessary lights because of excavations, use or occupancy of the streets, and be liable for all damages occasioned by or resulting from the use and occupancy of the grounds, the independent contractor rule not being invocable.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.